IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

QUINCY J. CANNON,

   Plaintiff,

v.

RICHMOND COUNTY SHERIFF'S DEPARTMENT,

   Defendant.

CIVIL ACTION NO.: CV 124-035

## MOTION TO DISMISS

COMES NOW Defendant Richmond County Sheriff's Office, misidentified as the Richmond County Sheriff's Department, and files this Motion to Dismiss, showing the Court the following:

### PLAINTIFF'S ALLEGATIONS

Plaintiff alleges that he was employed as a deputy sheriff with the Richmond County Sheriff's Office ("RCSO") from June 2, 2018 to November 22, 2022. Doc. 7 ¶ 2. Plaintiff alleges that on November 11, 2022 he arrested an extremely combative person. *Id.* ¶ 21. The Georgia Bureau of Investigation instituted an investigation into the use of excessive force on that arrestee which resulted in Plaintiff's arrest on December 15, 2022. *Id.* ¶ 22, 26. Plaintiff further alleges that his POST certification was rescinded and that he was asked to resign or be terminated by the Chief Deputy of the RCSO. *Id.* ¶ 27-28. Plaintiff has filed this suit against the Richmond County Sheriff's Office alleging race discrimination under Title VII. *Id.* ¶ 47. Specifically, Plaintiff alleges that white deputies were treated more favorably than him. *Id.* ¶ 51.

1

## MOTION TO DISMISS STANDARD

Federal Rule of Civil Procedure 12(b)(6) provides for dismissal of a complaint for failure to state a claim upon which relief can be granted. To survive a motion to dismiss, a plaintiff's complaint must state a plausible claim for relief. Fed. R. Civ. P. 8(a)(2); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Factual allegations must raise a right to relief above the speculative level. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007). A plaintiff must plead factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. *Ashcroft* at 678.

## ARGUMENT

### A. The Richmond County Sheriff's Office Is Not A Legal Entity Subject To Suit.

In Georgia, legal entities are limited to natural persons, artificial persons such as corporations, and quasi-artificial persons that the law designates with capacity. *Ga. Insurers Insolvency Pool v. Elbert County,* 258 Ga. 317, 318 (1988). A sheriff's office does not fall into one of those categories, and it is not a legal entity subject to suit. *Seibert v. Alexander*, 351 Ga. App. 446 (2019); *Dean v. Barber,* 951 F.2d 1210, 1214 (11th Cir. 1992); *Ocampo v. Appling County Sheriff's Office*, No. 2:17-cv-70, 2017 U.S. Dist. Lexis 137064, *10 (S.D. Ga. Aug. 25, 2017), adopted by 2017 U.S. Dist. LEXIS 176808 (S.D. Ga. Oct. 25, 2017). Thus, Plaintiff's claims against the Richmond County Sheriff's Office should be dismissed.

## CONCLUSION

Based on the foregoing, Plaintiff fails to state a claim, and Plaintiff's complaint should be dismissed.

Respectfully submitted this 5th day of June 2024.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendant*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| QUINCY J. CANNON,<br><br>    Plaintiff,<br><br>v.<br><br>RICHMOND COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant. | CIVIL ACTION NO.: CV 124-035 |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing **Motion to Dismiss** in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, via email, or via the United States Mail with adequate postage attached thereon to:

Thomas F. Martin
Martin & Martin LLP
PO Box 1070
Tucker, GA 30085
tfmartinlaw@msn.com

This 5th day of June 2024.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendant*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com