IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| QUINCY J. CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-035 |
| | ) | |
| RICHMOND COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The above-captioned case was filed on April 2, 2024, (doc. no. 1), and a motion to dismiss was filed on May 2, 2014, (doc. no. 4). Plaintiff filed an amended complaint on May 6, 2024, (doc. no. 7), a motion to dismiss that amended complaint was filed on June 5, 2024, (doc. no. 10). The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. The pendency of the motions to dismiss before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 16th day of July, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA