U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

OCT 30 2024

FILED

**QUINCY J. CANNON,**
3108 Ridgefield Dr Grovetown, Ga 30813
Plaintiff,

vs.

**SHERIFF RICHARD ROUNDTREE,**
211 Pleasant Home Road Suite A1
Augusta, Ga 30907,

**Chief Deputy Patrick Clayton (Retired),**
211 Pleasant Home Road Suite A1
Augusta, Ga 30907,
Defendants.

CIVIL ACTION FILE NO.:
**1:24-cv-00035**

# VOLUNTARY DISMISSAL FOR THE CITY OF AUGUSTA/RICHMOND COUNTY SHERIFF DEPARTMENT

## INTRODUCTION

NOW COMES Plaintiff, Quincy J. Cannon, and respectfully requests the voluntary dismissal of the City of Augusta/Richmond County Sheriff's Department from this action. This request is made to facilitate the addition of the appropriate defendants, specifically Sheriff Richard Roundtree and Chief Deputy Patrick Clayton (Retired). This voluntary dismissal is made to ensure that the legal action accurately reflects the relevant parties involved. See amended complaint (Docket 25), *Quincy J. Cannon vs. Sheriff Richard Roundtree and Chief Deputy Patrick Clayton (Retired)*.

## STATEMENT OF FACTS

The City of Augusta/Richmond County Sheriff's Department was originally named as a defendant in this case by Plaintiff's former attorney, Thomas Martin. As Attorney Martin is no longer representing the Plaintiff, it is the Plaintiff's intention to revise the defendants in this case by voluntarily dismissing the City of Augusta/Richmond County Sheriff's Department. The Plaintiff sincerely apologizes for any confusion this may have caused to the City of Augusta and to the Mayor of Augusta, Mr. Garnett L. Johnson.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court grant the voluntary dismissal of the City of Augusta/Richmond County Sheriff's Department from this action to allow for the proper alignment of the defendants.

Respectfully submitted this 30th day of October 2024.

By: Quincy J. Cannon
quincyjcannon@gmail.com
3108 Ridgefield Drive Grovetown, Georgia, 30813
706-231-4829