IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| QUINCY J. CANNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CV 124-035 |
| | ) |
| SHERIFF RICHARD ROUNDTREE and | ) |
| CHIEF DEPUTY PATRICK CLAYTON, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On October 30, 2024, the Clerk of Court issued a subpoena to District Attorney Jared T. Williams, commanding the production of documents relevant to the May 9, 2023, grand jury proceedings concerning Plaintiff.[1]  (Doc. no. 29, pp. 8-10.)  After attempting to resolve this dispute in good faith with Plaintiff, the District Attorney filed a motion to quash the subpoena.  (Id.)  Plaintiff's response to the District Attorney's motion is due November 14, 2024, and the deadline to comply with the subpoena is November 18, 2024.  (Id. at 8.)  In consideration of the upcoming compliance deadline, the Court **STAYS** the District Attorney's deadline to comply with the subpoena pending the Court's ruling on the motion to

---

[1] For Plaintiff's future reference, the Court informs Plaintiff there is a standing Order in place in the Southern District of Georgia that requires a *pro se* litigant seeking the issuance of subpoena to explain the necessity therefor, *ex parte*, in writing to the Court, and the Court will decide to either issue or deny the issuance of the requested subpoena.  See MC 496-006 (S.D. Ga. Jan. 16, 1996).  The Court **DIRECTS** the **CLERK** to attach a copy of the standing Order to the service copy of this Order.

quash. The Court will provide further instruction regarding the District Attorney's compliance obligations, if any, in its ruling on the motion to quash.

SO ORDERED this 1st day of November, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA