# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000    Fax: 706.821.1064

August 23, 2023

Quincy Cannon
3108 Ridgefield Drive
Grovetown, Georgia 30813

RE:                    Open Records

Greetings,

I am in receipt of your August 17, 2023, request for documents under the Georgia Open Records Request Act, O.C.G.A. § 50-18-70 through O.C.G.A. § 50-18-76, that was delivered and received by me on August 21, 2023, in the Internal Affairs Division of the Richmond County Sheriff's Office Augusta, Georgia. It is my understanding that the records you have requested are as follows:

1. Body Worn Camera Video footage of the Incident Report #21-195863 (Amanda Donald Write Up).

2. Richard Parker – Use of Forces for the year 2022 with Body Camera Video footage or jail security footage and any witness statements.
   *If this is not the requested information, please let me know.*

#1.       The Record is an open investigation; therefore, we cannot provide the requested information O.C.G.A. 50-18-72(a)(4) pending investigation.  Video will be preserved.

#2.       Richard Parker's Use of Force for the year 2022 – Incident Report Enclosed.  Pursuant to O.C.G.A. § 50-18-72(a)(25)(A), Footage from video cameras within a jail (or other secure area)  that would reveal where the cameras are which areas are not covered.

Pursuant to O.C.G.A. § 50-18-71(j), we are not responsible for any records we do not have.

Thank you,

Brenda

Brenda Maith
Open Records Clerk/Internal Affairs
Office: 706-821-1076
Fax: 706-821-1462
BMaith@augustaga.gov
http://www.richmondcountysheriffsoffice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

QUINCY J. CANNON,

    Plaintiff,

vs.

SHERIFF RICHARD ROUNDTREE and
CHIEF DEPUTY PATRICK CLAYTON,

    Defendants.

CASE NO.: 1:24-CV-35

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing **Defendants' Response to Plaintiff's Request** was served upon the following party in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, by email, or by depositing a copy in the United States Mail with adequate postage thereon to:

Quincy J. Cannon
3108 Ridgefield Drive
Grovetown, Georgia 30813
quincyjcannon@gmail.com

This 3rd day of January 2025.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

QUINCY J. CANNON,

    Plaintiff,

vs.

                                          CASE NO.: 1:24-CV-35

SHERIFF RICHARD ROUNDTREE and
CHIEF DEPUTY PATRICK CLAYTON,

    Defendants.

## DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION

    COME NOW Defendants and hereby respond to Plaintiff's "Amended Request" for

Production of Documents as follows:

3. Produce body camera recordings of Comparator Ty Dailey incident of October 10th, 2022.
**Response: Defendants object to this request in that Ty Dailey is not a proper comparator. Without waiving that objection, none. For further answer and to the extent Plaintiff is referring to an incident on October 18, 2022, please see recordings produced herewith.**

4. Provide Jail Security Camera footage of Richard Parker use of force in F pod.
**Response: None.**

    This 3rd day of January 2025.

                         /s/Tameka Haynes
                         **Tameka Haynes**
                         Georgia Bar No. 453026
                         **Randolph Frails**
                         Georgia Bar No. 272729

                         *Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

1

# Georgia Archives

## University System of Georgia

# Local Government Records Retention Schedules

CATEGORY: **PUBLIC SAFETY (19)** [ Total entries: 92 ]

### LG-19-001 | 911 Emergency Call Recordings

**Description:** Digital or analog recordings of emergency calls handled by the 911 center

**Retention:** 3 years

**Updated:** April 05, 2017

### LG-19-002 | Accident Reports, Hazardous Material

**Description:** Reports on accidents involving the spillage or combustion of hazardous materials

**Retention:** 50 years

**Updated:** April 05, 2017

### LG-19-004 | Accident Reports, Private Property

**Description:** Reports of accidents on private property

**Retention:** 1 year

**Updated:** October 17, 2017

### LG-19-003 | Accident Reports, Traffic

**Description:** Reports of traffic and other accidents on public property

**Retention:** 5 years

**Updated:** October 17, 2017

### LG-19-005 | Ambulance Trip Reports

**Description:** Record of patient vital statistics form the point at which the ambulance picks the individual up to the hospital

**Retention:** 5 years

**Updated:** April 05, 2017


# LG-19-006 | Animal Control Case History Records

**Description:** Case history records (cards) maintained on all animal received at an animal shelter

**Retention:** 1 year

**Updated:** April 05, 2017


# LG-19-008 | Animal Control/Shelter Operation Records

**Description:** Records documenting animal shelter operations not covered elsewhere in the schedule

**Retention:** 1 year

**Updated:** April 05, 2017


# LG-19-007 | Animal Intake Reports and Logs

**Description:** Records documenting animal intake

**Retention:** 2 years

**Updated:** April 05, 2017


# LG-19-009 | Animal Sterilization Citations and Records

**Description:** Records documenting animal sterilization

**Retention:** 1 year

**Updated:** April 05, 2017


# LG-19-010 | Applications for Tax Paid Transfer and Registration of Firearm

**Description:** Document the sale/transfer of weapons requiring registration with the U.S. Department of Treasury in accordance with the National Firearms and Weapons Act

**Retention:** 1 year

## LG-19-011 | Arrest and Booking Summary Statistics

**Description:** Summary of daily, monthly, and yearly totals of arrests

**Retention:** 5 years

**Updated:** April 05, 2017

## LG-19-013A, B, and C | Arrest Warrants

**Description:** Summons for an individual who has or has not appeared in court for sentencing

**Retention:** (LG-19-013A) Executed: 3 years after court Appearance; (LG-19-013B) Open: 50 years for capital offenses, (LG-19-013C)15 years for all other offenses

**Updated:** April 05, 2017

## LG-19-012 | Arrest Warrants, Recalled

**Description:** Those summons later recalled by the issuing court

**Retention:** 2 years

**Updated:** April 05, 2017

## LG-19-014 | ATF License Application for Collector of Curios and Relics

**Description:** Document the purchase of guns and other weapons as collectors items

**Retention:** 1 year

**Updated:** April 05, 2017

## LG-19-015 | Automatic Alarms Test and Maintenance Records

**Description:** Test and maintenance work performed on automatic fire alarm systems

**Retention:** 5 years

## LG-19-016A and LG-19-016B | Breath Test Reports

**Description:** Reports maintained on individuals given breath tests to determine alcohol level

**Retention:** (LG-19-016A) Negative Results: 4 years; (LG-19-016B) Positive Results: 5 years

**Updated:** April 05, 2017


## LG-19-017 | Cash Bond Docket

**Description:** Record of bonds made on individuals charged with criminal offenses

**Retention:** 5 years

**Updated:** April 05, 2017


## LG-19-018 | Cash Bond Receipts

**Description:** Records documenting the receipt and disbursement of cash bonds posted for criminal offenses

**Retention:** 10 years after year in which the record was created

**Updated:** April 05, 2017


## LG-19-019 | Cash Bonds, Forfeited

**Description:** Records documenting the remittance of forfeited cash bond to the county treasurer

**Retention:** 3 years

**Updated:** April 05, 2017


## LG-19-020 | Certification/On-Site Assessment Files, State Law Enforcement Certification Program

**Description:** Certification standards, standards status reports, written directives, photographs, and other documents related to proof of compliance with the Georgia Law Enforcement Certification Program.

**Retention:** 3 years after confirmation of certification/recertification or 4 years for certified agencies also CALEA accredited

**Updated:** April 27, 2023

## LG-19-021 | Civil Arrest Order Log Books

**Description:** Documents actions taken on orders for incarceration in civil cases

**Retention:** 3 years

**Updated:** April 05, 2017


## LG-19-022 | Condemned Vehicles Account Records

**Description:** Records documenting the sale and release of impounded vehicles after condemnation

**Retention:** 3 years after condemnation of vehicle

**Updated:** April 05, 2017


## LG-19-023 | Coroner, Inquest Files - Sheriff

**Description:** Records documenting hearings conducted to determine if sufficient evidence exists for criminal prosecution

**Retention:** 50 years

**Updated:** April 05, 2017


## LG-19-024A AND LG-19-024B | Crime Incident Statistical Reports

**Description:** Record summarizing crime statistics in an area

**Retention:** (LG-19-024A) Annual report: Permanent; (LG-19-024B) Other periodic reports: 5 years

**Updated:** April 05, 2017


## LG-19-025 | Criminal Investigation Case Files (Capital Felonies)

**Description:** Investigation of suspected criminal activity in order to arrest and convict the perpetrators; includes incident reports and supplements, documentary evidence, criminal history sheets, affidavits or other written statements, copies of subpoenas, State Crime Laboratory reports, and any other documents relevant to the investigation

**Retention:** 50 years after adjudicated

**Updated:** April 05, 2017

## LG-19-026 | Criminal Investigation Case Files, Felony

**Description:** Investigations of felony crimes other than capital offenses

**Retention:** 7 years after adjudicated

**Updated:** April 05, 2017


## LG-19-027 | Criminal Investigation Case Files, Misdemeanors

**Description:** See Criminal Investigation Case Files (Capital Felonies)

**Retention:** 5 years after adjudicated

**Updated:** April 05, 2017


## LG-19-028 | Criminal Trespass Notifications

**Description:** Records advising subjects they are prohibited from entering a given property

**Retention:** Retain for useful life

**Updated:** April 05, 2017


## LG-19-029 | Dead Animal Pick-up Records

**Description:** Records documenting the disposition of animal carcasses

**Retention:** 2 years

**Updated:** April 05, 2017


## LG-19-030 | Dog Maintenance Records - K-9 Units

**Description:** Records documenting the physical health and training proficiency of members of K-9 units

**Retention:** 4 years after dog leaves the unit

**Updated:** April 05, 2017


## LG-19-031 | Emergency Dispatch Logs

**Description:** Record of emergency calls received over radio and logged at time of dispatch

**Retention:** 3 years

**Updated:** April 05, 2017

# LG-19-032 | Emergency Management/Operations Reports

**Description:** Record documenting the type of emergency operation and the assistance provided

**Retention:** 5 years

**Updated:** April 05, 2017

# LG-19-033A and LG-19-033B | Evidence and Property Logs and Forms

**Description:** Documents evidence, property stored for safekeeping, and found property acquired and maintained by the police department

**Retention:** (LG-19-033A) Evidence log: 3 years after disposition of property; (LG-19-033B) Logs of property not part of court proceeding:1 year after disposition

**Updated:** April 05, 2017

# LG-19-034 | Extradition Files

**Description:** Records documenting the transfer of a criminal to a different jurisdiction for trial

**Retention:** 5 years after closed

**Updated:** April 05, 2017

# LG-19-035 | False Alarm Reports

**Description:** Reports of public safety officer response to a false alarm (or prank call)

**Retention:** 3 years

**Updated:** April 05, 2017

# LG-19-036 | Fi. Fa. (Fieri Facias) Records, Sheriffs

**Description:** Documents relating to serving of Fi.Fa. papers by sheriffs

**Retention:** 7 years whether entered on GED or not

# LG-19-089 | Field Training Files

**Description:** Non-Post Training Files (Post training files are at Post.)

**Retention:** 5 years

**Updated:** October 17, 2017

# LG-19-090 | Fingerprint Cards

**Description:** Paper copies of fingerprints taken by law enforcement.

**Retention:** Keep until entered into the Fingerprint database or part of an investigation file.

**Updated:** October 17, 2017

# LG-19-037 | Fingerprint Reports to FBI

**Description:** Copies of reports submitted to Federal Bureau of Investigation

**Retention:** Retain for useful life

**Updated:** April 05, 2017

# LG-19-038 | Fire Hydrant Inspection Reports

**Description:** Records documenting the installation and maintenance of fire hydrants

**Retention:** 5 years

**Updated:** April 05, 2017

# LG-19-039 | Fire Incident Reports

**Description:** Record of fires and related damage

**Retention:** 20 years

**Updated:** April 05, 2017

## LG-19-040 | Fire Log Books

**Description:** Record of fire including date, name of caller, stations responding, damage to structure, equipment used, and time required

**Retention:** 20 years

**Updated:** April 05, 2017


## LG-19-043 | Fire Plans and Inspection Reports

**Description:** Inspections of structures used in fire safety planning

**Retention:** 5 years

**Updated:** April 05, 2017


## LG-19-041 | Fire Prevention Plans

**Description:** Review of structure, along with flamable material contained within, alarm systems, placement of extinguishers, and emergency numbers

**Retention:** 5 years after superseded

**Updated:** April 05, 2017


## LG-19-042 | Fire Safety Inspection Reports

**Description:** Reports documenting compliance with and violations of fire regulations

**Retention:** 5 years

**Updated:** April 05, 2017


## LG-19-044 | Fireworks Display Registrations

**Description:** Registrations of the location of fireworks displays with the fire department

**Retention:** 3 years

**Updated:** April 05, 2017


## LG-19-045 | Fugitive/Wanted Persons Files

**Description:** Records created or accumulated in the course of apprehending wanted individuals

**Retention:** 5 years after suspect is apprehended

**Updated:** April 05, 2017


# LG-19-046 | Grand Jury Lists - Sheriff

**Description:** Documents the selection of jurors for a particular term

**Retention:** 2 years

**Updated:** April 05, 2017


# LG-19-047 | Holding Cell Videos

**Description:** Pictorial recordings (either analog or digital) of jail holding or booking areas

**Retention:** 180 days

**Updated:** April 05, 2017


# LG-19-048 | Impounded Vehicle Reports

**Description:** Records documenting the towing of vehicles

**Retention:** 3 years

**Updated:** April 05, 2017


# LG-19-049 | Impounded Vehicles - Wrecker Service Reports

**Description:** Reports identifying the vehicles to be towed and the wrecker service performing the task

**Retention:** 3 years

**Updated:** April 05, 2017


# LG-19-050 | Incarceration Lists

**Description:** Daily list of inmates in jail

**Retention:** 1 year

**Updated:** April 05, 2017

## LG-19-053 | Incident Reports (Capital)

**Description:** Reports of incidents of suspected criminal/capital activity investigated by public safety officers

**Retention:** 50 years

**Updated:** October 17, 2017

## LG-19-052 | Incident Reports (Criminal)

**Description:** Reports of incidents of suspected criminal non-capital activity investigated by public safety officers

**Retention:** 5 years

**Updated:** October 17, 2017

## LG-19-051 | Incident Reports (Non-Criminal.)

**Description:** Reports of incidents of suspected non-criminal activity investigated by public safety officers

**Retention:** 1 year

**Updated:** October 17, 2017

## LG-19-054 | Inmate Case Files

**Description:** Records of inmates documenting their case history at the correctional institution

**Retention:** 10 years after release

**Updated:** April 05, 2017

## LG-19-055 | Inmate Disciplinary Reports

**Description:** Reports of disciplinary problems with inmates

**Retention:** 10 years after release

**Updated:** April 05, 2017

## LG-19-056 | Inmate Fund Account Records

**Description:** Records of personal monies deposited with the prison by an inmate upon entering incarceration or on behalf of an inmate while incarcerated

**Retention:** 3 years after release of inmate

**Updated:** April 05, 2017


## LG-19-057 | Inmate Medical Records

**Description:** Records documenting medical care provided to prison inmates

**Retention:** 10 years after release

**Updated:** April 05, 2017


## LG-19-058 | Inmate Personal Property Accounting

**Description:** Records documenting personal property of inmates being stored during their incarceration

**Retention:** 4 years after release

**Updated:** April 05, 2017


## LG-19-092 | Internal Investigations

**Description:** Records used to investigate complaints against public safety officers.

**Retention:** Founded: 20 years after settlement of case; Unfounded: 1 year after investigation completed.

**Updated:** April 27, 2023


## LG-19-059 | Investigation Logs

**Description:** Chronological listing of investigations

**Retention:** 3 years after release of inmate

**Updated:** April 05, 2017

## LG-19-060 | Jail Booking Records

**Description:** Medical and personal information, fingerprints, and associated data gathered during the process of entering an individual in jail (booking them).

**Retention:** 10 years after release

**Updated:** April 05, 2017

## LG-19-061 | Jail Registers

**Description:** Registers of inmates

**Retention:** 10 years after last entry

**Updated:** April 05, 2017

## LG-19-062 | Juror Summons

**Description:** Summons of jurors to serve on grand jury and trial juries

**Retention:** 3 years

**Updated:** April 05, 2017

## LG-19-063 | Juvenile Complaint

**Description:** State form recording any criminal accusations made against a juvenile

**Retention:** 5 years or adjudication of case

**Updated:** April 05, 2017

## LG-19-088 | LED Sheets

**Description:** GCIC form the Police Department uses to enter stolen properties and vehicles etc. into GCIC

**Retention:** 30 days

**Updated:** October 17, 2017

## LG-19-064 | LEDS Warrant Worksheets

**Description:** Worksheets used to post data to GCIC/NCIC information system

**Retention:** Retain for useful life

**Updated:** April 05, 2017

# LG-19-065 | Medicaid/Medicare Insurance Claims

**Description:** Invoices sent to Medicaid/Medicare for reimbursement

**Retention:** 5 years after settlement

**Updated:** April 05, 2017

# LG-19-066 | Misdemeanor Case Files, Traffic Court

**Description:** Court adjudication of misdemeanor traffic citations issued by authorized public safety officers

**Retention:** 6 years

**Updated:** April 05, 2017

# LG-19-067 | Misdemeanor Investigation Case Files

**Description:** Investigation of misdemeanor crimes

**Retention:** 2 years after close of investigation

**Updated:** April 05, 2017

# LG-19-069 | Pawn Tickets

**Description:** Record of goods sold or pledged in exchange for the loan of money

**Retention:** 4 years after the year in which the record was created

**Updated:** April 05, 2017

# LG-19-070 | Prisoner Hold Records

**Description:** Records documenting individuals currently in custody who are wanted by other law enforcement offices

**Retention:** 2 years after prisoner released to requesting agency

**Updated:** April 05, 2017

## LG-19-071 | Prisoner Mail Logs

**Description:** Record of all mail received by an inmate

**Retention:** 1 year

**Updated:** April 05, 2017


## LG-19-072 | Prisoner Transfer Files/Extradition Files

**Description:** Records documenting the movement of prisoners from facility to facility or transfer to another facility

**Retention:** 5 years

**Updated:** April 05, 2017


## LG-19-073 | Proof of Rabies Vaccination

**Description:** Records documenting rabies vaccination

**Retention:** 3 years from date of issuance

**Updated:** April 05, 2017


## LG-19-074 | Radio Dispatch Logs

**Description:** Records of the first offical report of a fire or incident from incoming radio calls

**Retention:** 3 years

**Updated:** April 05, 2017


## LG-19-075 | Record of Animal Bites

**Description:** Record documenting type of animal, owner, past history of attacks, individual biten, date, physcian treatment, and observation for rabies

**Retention:** 3 years

**Updated:** April 05, 2017

## LG-19-076 | Remittance Reports

**Description:** Records documenting the remittance of a prescribed portion of court fines and costs to such funds as the Peace Officers Annuity and Benefit Fund and the Sheriff's Retirement Fund, Crime Victims Fund, and the Peace Officer/Prosecutor Training Fund

**Retention:** 5 years

**Updated:** April 05, 2017

## LG-19-077 | Report of Multiple Sale or Other Disposition of Pistols and Revolvers

**Description:** ATF form F3310.4

**Retention:** 1 year

**Updated:** April 05, 2017

## LG-19-078 | Sale and Claim Execution Dockets - Sheriff

**Description:** Record of items sold at public auction by the Sheriff

**Retention:** 7 years

**Updated:** April 05, 2017

## LG-19-079A and LG-19-079B | Security and Surveillance (Static) Video

**Description:** Security Video: building or departmental video that monitors activities or traffic of a department or building. Surveillance (Static) Video: digital or analog video recordings and images from agency security systems. This series also includes digital or audio voice recordings of radio or telephone communications.

**Retention:** (LG-19-079A) Known Incident/Accident: Retain until settlement of claims; (LG-19-079B) No known incident/accident: 30 days.

**Updated:** October 17, 2017

## LG-19-080 | Sex Offender Registration Records

**Description:** Information gathered to enter sex offender on registry

**Retention:** 7 years after registrant moves or is otherwise removed from jurisdiction

## LG-19-081 | Subpoena Logs, Officer

**Description:** Documents summons of a public safety officer to appear during a court trial

**Retention:** 3 year after disposition of case

**Updated:** April 05, 2017

## LG-19-082 | Temporary Protective Orders

**Description:** Records documenting the issuance of temporary protective orders by the court

**Retention:** 3 years after expiration

**Updated:** April 05, 2017

## LG-19-083 | Traffic Citation Log

**Description:** Listing of parking tickets and other traffic citations issued along with court dates and associated fines

**Retention:** 5 years

**Updated:** April 05, 2017

## LG-19-084 | Traffic Citations - Warnings

**Description:** Warnings to drivers of the occurrence of equipment malfunctions such as a burned out light

**Retention:** 2 years

**Updated:** April 05, 2017

## LG-19-091 | Training Lesson Plans

**Description:** Documentation of teaching plans including subject, activity, and/or project

**Retention:** 2 years

**Updated:** October 17, 2017

## LG-19-085 | Trust Account Files - Sheriff

**Description:** Administration and accounting records of trust accounts for minors established by court order

**Retention:** 10 years after closed

**Updated:** April 05, 2017


## LG-19-086 | Uniform Traffic Citations, Summonses, Accusations, and Warnings

**Description:** Documents relating to traffic violations

**Retention:** 2 years

**Updated:** April 05, 2017


## LG-19-068A and LG-19-068B | Video Footage from Body Cams/Dash Cams /Drone Cams

**Description:** Video recordings from law enforcement body-worn devices and devices located on or inside of law enforcement vehicles.

**Retention:** (LG-19-068A) 180 days except (LG-19-068B) if recording is part of a criminal investigation, shows a vehicle accident, shows the detainment or arrest of an individual, or shows a law enforcement officer's use of force, and then it shall be retained for 30 months.

**Updated:** October 17, 2017


## LG-19-087 | Writ Dockets - Sheriff

**Description:** Record of the receipt and action taken on civil processes (other than execution writs) issued by the court to the Sheriff's department

**Retention:** 5 years

**Updated:** April 05, 2017

## LG-19-076 | Remittance Reports

**Description:** Records documenting the remittance of a prescribed portion of court fines and costs to such funds as the Peace Officers Annuity and Benefit Fund and the Sheriff's Retirement Fund, Crime Victims Fund, and the Peace Officer/Prosecutor Training Fund

**Retention:** 5 years

**Updated:** April 05, 2017

## LG-19-077 | Report of Multiple Sale or Other Disposition of Pistols and Revolvers

**Description:** ATF form F3310.4

**Retention:** 1 year

**Updated:** April 05, 2017

## LG-19-078 | Sale and Claim Execution Dockets - Sheriff

# LG-19-081 | Subpoena Logs, Officer

**Description:** Documents summons of a public safety officer to appear during a court trial

**Retention:** 3 year after disposition of case

**Updated:** April 05, 2017

# LG-19-082 | Temporary Protective Orders

**Description:** Records documenting the issuance of temporary protective orders by the court

**Retention:** 3 years after expiration

**Updated:** April 05, 2017

# LG-19-083 | Traffic Citation Log

**Description:** Listing of parking tickets and other traffic citations issued along with court dates and associated fines

**Retention:** 5 years

**Updated:** April 05, 2017

# LG-19-084 | Traffic Citations - Warnings

**Description:** Warnings to drivers of the occurrence of equipment malfunctions such as a burned out light

**Retention:** 2 years

**Updated:** April 05, 2017

# LG-19-091 | Training Lesson Plans

**Description:** Documentation of teaching plans including subject, activity, and/or project

**Retention:** 2 years

**Updated:** October 17, 2017

## LG-19-085 | Trust Account Files - Sheriff

**Description:** Administration and accounting records of trust accounts for minors established by court order

**Retention:** 10 years after closed

**Updated:** April 05, 2017

## LG-19-086 | Uniform Traffic Citations, Summonses, Accusations, and Warnings

**Description:** Documents relating to traffic violations

**Retention:** 2 years

**Updated:** April 05, 2017

## LG-19-068A and LG-19-068B | Video Footage from Body Cams/Dash Cams /Drone Cams

**Description:** Video recordings from law enforcement body-worn devices and devices located on or inside of law enforcement vehicles.

**Retention:** (LG-19-068A) 180 days except (LG-19-068B) if recording is part of a criminal investigation, shows a vehicle accident, shows the detainment or arrest of an individual, or shows a law enforcement officer's use of force, and then it shall be retained for 30 months.

**Updated:** October 17, 2017

## LG-19-087 | Writ Dockets - Sheriff

**Description:** Record of the receipt and action taken on civil processes (other than execution writs) issued by the court to the Sheriff's department

**Retention:** 5 years

**Updated:** April 05, 2017