IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| QUINCY J. CANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-035 |
| | ) | |
| SHERIFF RICHARD ROUNDTREE and CHIEF DEPUTY PATRICK CLAYTON, | ) ) | |
| | ) | |
| Defendants. | ) | |

**REVISED SCHEDULING ORDER**

Having considered the parties' joint motion for an extension of time to complete discovery, the Court **GRANTS** the motion. (Doc. no. 47.) The revised schedule is as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | June 27, 2025 |
| JOINT STATUS REPORT[1] | June 27, 2025 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | July 28, 2025 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect.

SO ORDERED this 29th day of May, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps. Any extension of the discovery period automatically extends the Joint Status Report deadline.