IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| QUINCY J. CANNON,<br><br>  Plaintiff,<br><br>v.<br><br>SHERIFF RICHARD ROUNDTREE and<br>CHIEF DEPUTY PATRICK CLAYTON,<br><br>  Defendants. | CIVIL ACTION NO.: CV 124-035 |

## **JOINT STATUS REPORT**

COME NOW Plaintiff and Defendants and file this Joint Status Report, showing the Court the following:

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?

   **No.**

2. If the parties answered yes to question 1, do the parties prefer the assigned Magistrate Judge or a private mediator?

   **N/A**

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   **N/A**

4. If the parties prefer the assigned Magistrate Judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   **N/A**

Respectfully submitted this 2nd day of July, 2025.

| Attorney for Defendants: | Attorney for Plaintiff: |
|---|---|
| /s/Tameka Haynes | /s/J. Clay Burckhalter |
| **Tameka Haynes** | **J. Clay Burckhalter** |
| Georgia Bar No. 453026 | Georgia Bar No. 904388 |
| **Randolph Frails** | |
| Georgia Bar No. 272729 | **JCB Law Firm** |
| | 7013 Evans Town Center Blvd. |
| **Frails & Wilson LLC** | Suite 303 |
| 211 Pleasant Home Rd., | Evans, GA 30809 |
| Suite A-1 | Phone: 706-707-4529 |
| Augusta, GA 30907 | Facsimile : 706-785-8749 |
| Phone: 706-855-6715 | clay@auglawyer.com |
| Facsimile:  706-855-7631 | |
| thaynes@frailswilsonlaw.com | |
| randyfrails@frailswilsonlaw.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| QUINCY J. CANNON,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF RICHARD ROUNDTREE and CHIEF DEPUTY PATRICK CLAYTON,<br><br>    Defendants. | CIVIL ACTION NO.: CV 124-035 |

**CERTIFICATE OF SERVICE**

This is to certify that the within and foregoing **Joint Status Report** was served upon the following party in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system or by depositing a copy in the United States Mail with adequate postage thereon to:

J. Clay Burckhalter
JCB Law Firm
7013 Evans Town Center Blvd, Suite 303
Evans, Georgia 30809
clay@auglawyer.com

This 2nd day of July 2025.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

3