# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000    Fax: 706.821.1064

*22-12-48*

| | |
|---|---|
| **DEPUTY:** Deputy Quincy Cannon | **EMPLOYEE ID:** 18712 |
| **DATE OF VIOLATION:** November 29, 2022 | |
| **VIOLATION OF S.O.P. #:** | 3.1 Chain of Command  CBWDC Post orders Section N. leaving an assigned post  Section S. Key and Door Control |

On November 29, 2022, you were assigned to the jail from 1800-0000. You have worked the jail before your road assignment and are aware of the rules and regulations of CBWDC. While working in transportation, your Supervisor was Cpl. Cowart. You left your assigned post without notifying her of your absence nor did you get permission. Not only did this take place onc,e but it happened for a second time. When you left your post again without informing her of your absence, came to Sgt. Office.While working at the jail you are to report to your immediate supervisor if at any time you are leaving your post. We are to know where you are at all times. Prior to you leaving for the night, Cpl. Cowart gave you a set of keys for the inmate cells. She asked you for the keys and you informed her they were laying on the processing desk. Keys control is a must. Keys are to be on your person and secured at all times. Processing is an open location with inmates not behind doors. While working the jail this behavior will not be acceptable and will be corrected immediately or further disciplinary actions will be taken.

**DISCIPLINARY ACTION INITIATED BY:** Sgt. Karen Geeting B853

**DATE:** November 30, 2022

**PROPOSED ACTION:** Written reprimand

**REVIEWED BY: (IF APPLICABLE)**

| | | | |
|---|---|---|---|
| **CORPORAL:** | **DATE:** | ☐ Agree | ☐ Disagree |
| **SERGEANT:** | **DATE:** | ☐ Agree | ☐ Disagree |
| **LIEUTENANT:** | **DATE:** | ☐ Agree | ☐ Disagree |
| **CAPTAIN:** | **DATE:** | ☐ Agree | ☐ Disagree |
| **MAJOR:** | **DATE:** | ☐ Agree | ☐ Disagree |
| **COLONEL:** | **DATE:** | ☐ Agree | ☐ Disagree |
| **CHIEF DEPUTY:** | **DATE:** | ☐ Agree | ☐ Disagree |
| **SHERIFF:** | **DATE:** | ☐ Agree | ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

Page **1** of **2**

**EXHIBIT S**

# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000   Fax: 706.821.1064

**EMPLOYEE'S SIGNATURE:** _____

*[Handwritten note on yellow sticky:]* Unavailable for signature. Lt. Kimberly [illegible] 12/13/23

## Fw: Cannon Statement

KG  **Karen C. Geeting**
To: Jason Evans; Tim Rzasa; Elijah Parker
Cc: Natisha Cowart; Everett L. Jenkins; Allan Rollins

Wed 11/30/2022 3:02 AM

Good evening,

On 11/28/2022, Deputy Quincy Cannon was assigned to Jail duty from 1800-0000. At around 2245 Cpl. Cowart contacted me and asked if I knew that Deputy Cannon was to leave at 2300. I advised her no, that usually Cpl. Evans will call me and advise if there are any changes that I can assist him. He has not contacted me. I informed her that I will contact Cpl. Evans and see what was going on. I tried to contact him @2250, no answer. At that time, Deputy Cannon came to the Sgt. Office and stated that he had class in the morning. I advised him that when I talk to Cpl. Evans, I will advise him. Deputy Cannon made the statement that Cpl. Cowart is working the back Overtime and that she can handle it. He wanted to argue, I told him this is the 2nd time you have come to the jail trying to tell supervisors what to do. I instructed him to return to transportation. He stated," I am going home sick". I instructed him again to return to his post. Deputy Cannon left the office and returned to transportation. @ 2257 I made contact with Lt. Pletcher and advised him of the situation with Deputy Cannon. He assisted me with making contact with Cpl. Evans and Sgt. Rzasa. I was then advised by Sgt. Rzasa (@2320) that his schedule was adjusted to 12-12 for his class. He was supposed to stay until 12a. All road deputies that come in on D shift know to leave at 12a and check out with the supervisor. Deputy Cannon called me @ 0021 about leaving, I told him yes sir go. He came by the office and stated something about overtime because he is not getting off until 1am. I told him that is not on me and have a good night.
Sincerely,

*Sgt. Karen Geeting*
*D Shift*
*CBWDC*
*1941 Phinizy Road*
*Augusta, Ga. 30906*
*Kgeeting@augustaga.gov*
*706-821-1609*
*706-821-1119*

*706-834-5803 Work Cell*

---

**From:** Natisha Cowart <NCowart@augustaga.gov>
**Sent:** Tuesday, November 29, 2022 11:17 PM
**To:** Karen C. Geeting <KGeeting@augustaga.gov>
**Subject:** Cannon Statement

Good evening,
Tonight around 2215 while I was doing a security check in transportation, I noticed that inmate Smith, Hezekiah flooded his cell. I asked Deputy Dawson where Deputy Cannon was since he was assigned to transportation. She

## Fw: Cannon Statement

*1941 Phinizy Road*
*Augusta, Ga. 30906*
*Kgeeting@augustaga.gov*
*706-821-1609*
*706-821-1119*

*706-834-5803 Work Cell*

---

**From:** Natisha Cowart <NCowart@augustaga.gov>
**Sent:** Tuesday, November 29, 2022 11:17 PM
**To:** Karen C. Geeting <KGeeting@augustaga.gov>
**Subject:** Cannon Statement

Good evening,
Tonight around 2215 while I was doing a security check in transportation, I noticed that inmate Smith, Hezekiah flooded his cell. I asked Deputy Dawson where Deputy Cannon was since he was assigned to transportation. She stated that she did not know. I then called over the radio to Deputy Cannon to see what his location was. He responded that he was on A-Pod assisting with lockdown. I told his via radio that he was needed back in transportation. Once he arrived, I told him that he would need to stay in transportation with a trustee while they cleaned up. His response was I'm not staying. I'm leaving at 11. I have other work that I need to do and I have class tomorrow. I asked his if Sgt. Geeting was aware of this. He said no. I told him that he would need to have a conversation with her. I immediately called Sgt. Geeting and asked her if she was aware of Deputy Cannon needing to leave early. She advised me no, that his supervisor had not called her. I asked him if his supervisor knew that he needed to leave early. He said he knows I have class in the morning. I said that's not what I asked. I asked if he knew that he needed to leave early and he said no. I then asked Deputy Bowens does that Deputy assigned to transportation usually assist with lockdown on their shift. He said no. Deputy Cannon spoke up and said they called for all deputies that's why I responded and said they change things all the time so that's why I went. I said well I was asking Deputy Bowens being that this is not my regular shift and wanted to see if they did anything differently. Deputy Cannon said you could've just asked me. You didn't have to ask him. I said I asked him because this is his regular shift and as you just stated things are always changing so you wouldn't know. He then responded I'm not about to argue with you and I said I'm not about to argue with you about it either. He then left his post and went to the front office to talk to Sgt. Geeting.

Thanks,
Cpl. Cowart

---

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or

🗑 Delete    🗀 Archive    ⚠ Report ⌄    ↩ Reply    ↩ Reply all    ↗ Forward ⌄    ✉ Read / Unread

## Jail incident

QC  **Quincy Cannon**
To: Charles Mitchell; Calvin Chew
Cc: Jason Evans; Karen C. Geeting

Wed 11/30/2022 1:13 AM

Today, I was assigned to work the jail from 1800 to 0000. I was told to work in Transportation to watch the inmates for 30-minute checks. However, four Jailer-Deputies four assigned to I pod needed assistance taking inmates out for an hour, so I did so and still do my 30 minutes checks when possible.

When 2145 hours approached, I let the last inmate out and began to assistance the other Deputies in the jail with lockdown. D shift every night have any available Deputies partake in this function, so I went to help lockdown especially if they jail saying they are short staffed. While I was locking down the pods, four Deputy-Jailers were still on I-pod and was aware of my location.

During this time an Inmate in transportation flooded the cell because the Jailers told him that he could not come out. Prior to him flooding the cell he wanted to talk to a supervisor which I told Cpl. Coward in reference to him wanting to come out. I talked to the Inmate earlier and he said that he flooded the cell because he wanted to speak to a supervisor. I am not for sure if the supervisor ever came as requested. I feel if the Supervisor went to talk to the Inmate as requested and explained to him of the situation maybe he would have not floored the cell.

Sgt Geeting and Cpl. Coward wanted to blame me for the flooding because I was supposed to be back there. However, I left I pod with four other deputies and told them my location. Furthermore, the Jail supervisors wanted me to watch the inmates while they are in the I pod area and in transportation at the same time. I am not sure how that supposed to work?

Once the Supervisors called me over the radio, they wanted me to watch the Trustee clean up the I pod mess (which was not a lot of water). However, when I returned to, I pod I observed Deputy Bowen in the break room eating and other deputies seating around. The cleaning could have taken place while I was locking down, and they could have used one of the Jailer on I-pod to watch the Trustee until I completed lockdown with the shift.

When the Trustee and one of the Inmates cleaned their room. I did not walk out of the jail until 1230AM, so I asked Sgt Geeting to put my hour in until 0100AM because I still needed to stop by the sub-station to complete my other daily end of the day task. I was actually done with my task at 1245AM. Sgt Geeting stated that is not her problem. Then the only reason I left Transportation late is because no deputy relieved me. However, I found my relief in the Sgt Office talking to Sgt Geeting instead of relieving me. Even though I thought the responsibly in Transportation was to have someone there at all times or 30-minute checks?

I am not the Type to disrespect rank. I address all of my superiors with the proper rank and do as I am told on the Road Patrol and never received any disciplinary actions for my conduct. Furthermore, my history follows with my career starting in the Jail back in 2018 of June. My conduct remains the same.

Deputy Quincy Cannon (7201)
Road Patrol Division South Precinct
Drug Recognition Expert



# RICHMOND COUNTY SHERIFF'S OFFICE
**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000   Fax: 706.821.1064

22-03-08

**DEPUTY:** Quincy Cannon        **EMPLOYEE ID:** 18712
**DATE OF VIOLATION:** 03/01/22
**VIOLATION OF S.O.P. #:** Absent From Assignment {3.6}

On March 1st, 2022 Deputy Quincy Cannon was scheduled to attend an Active Shooter Class at the Training Range, which he requested to attend. Sgt. Humphrey with the Richmond County Training Staff advised about this concern with Deputy Cannon not showing up or not contacting him about his absence. On March 2nd, 2022 I spoke with Deputy Cannon about his absence, to which he stated he oversleep. This is the first issue involving Deputy Cannon not reporting for scheduled assignment.

**DISCIPLINARY ACTION INITIATED BY:** Cpl. Albert Parrish

**DATE:** 03/03/22

**PROPOSED ACTION:** Written Warning

**REVIEWED BY: (IF APPLICABLE)**                                                               **Recommendation**

| | | | |
|---|---|---|---|
| **CORPORAL:** | **DATE:** | ☐ Agree ☐ Disagree | |
| **SERGEANT:** | **DATE:** | ☐ Agree ☐ Disagree | |
| **LIEUTENANT:** _[signature]_ | **DATE:** 3/3/22 | ☑ Agree ☐ Disagree | |
| **CAPTAIN:** | **DATE:** | ☐ Agree ☐ Disagree | |
| **MAJOR:** | **DATE:** | ☐ Agree ☐ Disagree | |
| **COLONEL:** | **DATE:** | ☐ Agree ☐ Disagree | |
| **CHIEF DEPUTY:** | **DATE:** | ☐ Agree ☐ Disagree | |
| **SHERIFF:** | **DATE:** | ☐ Agree ☐ Disagree | |

**FINAL DISPOSITION:**

**EMPLOYEE'S SIGNATURE:** _[signature]_ CC612

Page 1 of 1



# RICHMOND COUNTY SHERIFF'S OFFICE
**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000   Fax: 706.821.1064

20-09-12

**DEPUTY:** Quincy Cannon    **EMPLOYEE ID:** 18712
**DATE OF VIOLATION:** 05/10/20
**VIOLATION OF S.O.P. #:** 5.2 Patrol Operations (Assigned Vehicle at Fault Accident)

On 05/10/20 at 2021hrs, Deputy Cannon was involved in an at fault accident in a spare county's vehicle (7003). Deputy Cannon exited his vehicle only to notice it a few moments later moving under its own power crossing the roadway where it came to rest after striking a tree with the left front fender on private property at 4434 Bollineau Rd. It was determined that this accident could have been avoided. This is Deputy Cannon's third at-fault accident since February of this year. Deputy Cannon will receive a 3 Day Suspension, Loss of Take Home and Special Duty Vehicle for a Minimum of 60 Days and Defensive Driving Training.

**DISCIPLINARY ACTION INITIATED BY:** Cpl. Michael Sizemore/C71

**DATE:** 05/11/20

**PROPOSED ACTION:** 3 Day Suspension, Loss of Take Home & Special Duty Vehicle for 60 Days and Defensive Driving Training

**REVIEWED BY: (IF APPLICABLE)**

| | Signature | DATE | |
|---|---|---|---|
| CORPORAL: | | | ☐ Agree ☐ Disagree |
| SERGEANT: | | | ☐ Agree ☐ Disagree |
| LIEUTENANT: | [signature] | 5/11/2020 | ☑ Agree ☐ Disagree |
| CAPTAIN: | [signature] | 051120 | ☑ Agree ☐ Disagree |
| MAJOR: | [signature] | 05/11/20 | ☑ Agree ☐ Disagree |
| COLONEL: | | | ☐ Agree ☐ Disagree |
| CHIEF DEPUTY: | [signature] | 5/11/2. | ☑ Agree ☐ Disagree |
| SHERIFF: | [signature] | 05/16/20 | ☑ Agree ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**
Above as Stated

**EMPLOYEE'S SIGNATURE:** [signature]

Page 1 of 1



# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000   Fax: 706.821.1064

20-07-12

**DEPUTY:** Quincy Cannon         **EMPLOYEE ID:** 18712

**DATE OF VIOLATION:** 07/07/20

**VIOLATION OF S.O.P. #:** 1.3 Use of Force; 1.3-9 Authorized Weapons and Ammunition

On July 7, 2020 Deputy Quincy Cannon transported his county issued Taser in his privately owned vehicle without it being secured in its holster or insuring that it was properly secured out of reach of his children. At some point Deputy Cannon's three year old son was able to obtain the Taser from underneath clothing on the backseat, then armed and discharged one cartridge into a diaper bag which was also on the backseat of the vehicle. Deputy Cannon was found to be in violation County Policy which requires that weapons be secure and out of reach from children and other adults while off duty. Deputy Cannon was strenuously advised that all county issued and his personal weapons should be secured at all times to avoid theft, injury and or death.

**DISCIPLINARY ACTION INITIATED BY:** Cpl. Michael Sizemore

**DATE:** 07/09/20

**PROPOSED ACTION:** Written Warning

**REVIEWED BY: (IF APPLICABLE)**

| Rank | Name | Date | Agree/Disagree |
|---|---|---|---|
| CORPORAL: | | DATE: | ☐ Agree ☐ Disagree |
| SERGEANT: | | DATE: | ☐ Agree ☐ Disagree |
| LIEUTENANT: | | DATE: | ☐ Agree ☐ Disagree |
| CAPTAIN: | | DATE: | ☐ Agree ☐ Disagree |
| MAJOR: | | DATE: | ☐ Agree ☐ Disagree |
| COLONEL: | | DATE: | ☐ Agree ☐ Disagree |
| CHIEF DEPUTY: | | DATE: | ☐ Agree ☐ Disagree |
| SHERIFF: | | DATE: | ☐ Agree ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** *Quincy Cannon*



# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000  Fax: 706.821.1064

*20-03-27*

**DEPUTY:** Deputy Quincy Cannon          **EMPLOYEE ID:** QC18712

**DATE OF VIOLATION:** 03/19/20

**VIOLATION OF S.O.P. #:** 5.2-10.1 Patrol Operations

On 03/19/20 at 0345 hours, Deputy Cannon was involved in an at fault vehicle accident where he struck a mailbox located at 1706 Deer Chase Ln. This is Deputy Cannon's second at fault accident in the past month. Accident Case# 20-81037. I reviewed the policy with Deputy Cannon after his first at fault accident and he was aware of the disciplanary actions for any further accidents.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Elijah Parker

**DATE:** 03/19/20

**PROPOSED ACTION:** 1 Day Suspension, Loss of Take Home and Special Duty Vehicle for 30 Days Minimum & Defensive Driving Training

**REVIEWED BY: (IF APPLICABLE)**

| Rank | Signature | Date | Agree/Disagree |
|---|---|---|---|
| CORPORAL: | | DATE: | ☐ Agree ☐ Disagree |
| SERGEANT: | | DATE: | ☐ Agree ☐ Disagree |
| LIEUTENANT: | | DATE: | ☐ Agree ☐ Disagree |
| CAPTAIN: | | DATE: | ☐ Agree ☐ Disagree |
| MAJOR: | | DATE: | ☐ Agree ☐ Disagree |
| COLONEL: | | DATE: | ☐ Agree ☐ Disagree |
| CHIEF DEPUTY: | | DATE: | ☐ Agree ☐ Disagree |
| SHERIFF: | | DATE: | ☐ Agree ☐ Disagree |

**SHERIFF'S OR DESIGNEE RECOMMENDATION:**

**EMPLOYEE'S SIGNATURE:** *Quincy Cannon*

Page 1 of 1



# RICHMOND COUNTY SHERIFF'S OFFICE

**Sheriff Richard Roundtree**
Law Enforcement Center
400 Walton Way
Augusta, GA 30901
Phone: 706.821.1000   Fax: 706.821.1064

20-03-06 TD

| | | | |
|---|---|---|---|
| **DEPUTY:** | Deputy Quincy Cannon | **EMPLOYEE ID:** | 18712 |
| **DATE OF VIOLATION:** | 02/27/2020 | | |
| **VIOLATION OF S.O.P. #:** | Unsatisfactory Performance 4.26 / DUTY TO CARE FOR COUNTY PROPERTY | | |

On February 8, 2020 at 2057 hours, Deputy Quincy Cannon was involved in an at fault accident, while pursuing a vehicle. The right front of Deputy Cannon's vehicle struck the left rear of another vehicle that wasn't involved in the pursuit, but was attempting to pull off to the right side of the road. Both vehicles sustained minor damage. See accident report case # 20-060516.

Per Policy # 5.2-10.1, Assigned Vehicle Accident/Recognition Policy, Deputy Cannon is being issued a Letter of Reprimand for his first at fault accident. He will be scheduled to attend the next Emergency Vehicle Operation Class at the Sheriff's Office Training Facility.

**DISCIPLINARY ACTION INITIATED BY:** Lt. Elijah Parker A-7

**DATE:** 03/04/2020

**PROPOSED ACTION:** Letter of Reprimand (Warning)

| REVIEWED BY: (IF APPLICABLE) | | | | Recommendation |
|---|---|---|---|---|
| **CORPORAL:** | | DATE: | ☐ Agree ☐ Disagree | |
| **SERGEANT:** | | DATE: | ☐ Agree ☐ Disagree | |
| **LIEUTENANT:** | | DATE: | ☐ Agree ☐ Disagree | |
| **CAPTAIN:** | | DATE: | ☐ Agree ☐ Disagree | |
| **MAJOR:** | | DATE: | ☐ Agree ☐ Disagree | |
| **COLONEL:** | | DATE: | ☐ Agree ☐ Disagree | |
| **CHIEF DEPUTY:** | | DATE: | ☐ Agree ☐ Disagree | |
| **SHERIFF:** | | DATE: | ☐ Agree ☐ Disagree | |

**FINAL DISPOSITION:**

**EMPLOYEE'S SIGNATURE:** *[signature]*