AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

QUINCY J. CANNON,

        Plaintiff,

        v.

SHERIFF RICHARD ROUNDTREE and
CHIEF DEPUTY PATRICK CLAYTON,

        Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:    CV 124-035

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 9, 2026, Plaintiff's notice of voluntary dismissal and motion to dismiss retaliation claim are denied as moot, and Defendants' motion to dismiss is granted.  This case stands closed.

3/9/2026
_____
Date



John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020